## Commonwealth *v.* Flynn, Appellant.

Argued December 10, 1973. *James T. Vermile,* with him *Robert F. Simone,* for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Philip J. O'Malley,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Glasco, Appellant.

Submitted December 6, 1973. *George T. Guarnieri,* for appellant; *David Richman* and *James T. Ranney,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.